

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2015

No. 04-15-00553-CV

**IN RE** Ruben **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

On September 4, 2015, relator Ruben Gonzalez filed a petition for a writ of mandamus. The court has considered relator's petition, the response and reply of the parties, and has determined that relator is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Monica Z. Notzon is ORDERED to vacate the August 25, 2015 Order Granting Cross-Defendants' Renewed Motion to Conduct Medical Examination. The writ will issue only if we are notified that Judge Notzon has not done as directed within fifteen days from the date of this order.

It is so **ORDERED** on October 7, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013-CVT-000742-D2, styled *Martin Garcia Jr. v. Ruben Gonzalez; Vision Construction Company, Inc.; Abel Alvarado Casillas; and Premier Eagle Ford Services, Inc.*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Monica Z. Notzon presiding.